# EXHIBIT 4



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL A. MADDOX, : | |
| Plaintiff, : | |
| v. : | Case No. 10-cv-01137 (BAH) |
| DISTRICT OF COLUMBIA, *et al.*, : | |
| Defendants. : | |

## NOTICE OF FILING PURSUANT TO LCvR 5.4(e)

Pursuant to LCvR 5.4(e), Defendants, the District of Columbia ("the District"), Samuel Modlin, and Michael Fanone, by and through their respective counsel, respectfully submit this Notice of Filing Pursuant to LCvR 5.4(e) concerning Defendant's Exhibit 4 to the Motion For Partial Summary Judgment filed this day. Exhibit 4 is a compact disc.

FILED:  November 15, 2013

Respectfully submitted,

IRVIN B. NATHAN
Attorney General for the District of Columbia

ELLEN A. EFROS
Deputy Attorney General
Public Interest Division
441 Fourth Street, NW, Sixth Floor South
Washington, D.C. 20001
(202) 442-9886

s/ Grace Graham
GRACE GRAHAM [472878]
Chief, Equity Section
Public Interest Division
441 Fourth Street, NW, Sixth Floor South
Washington, D.C. 20001
(202) 442-9886

s/ Thomas L. Koger

THOMAS L. KOGER [427921]
Senior Assistant Attorney General
Equity Section
Public Interest Division
441 Fourth Street, NW, Sixth Floor South
Washington, D.C. 20001
(202) 727-4170
Email: thomas.koger@dc.gov

*Counsel for Defendants the District of Columbia,*
*Michael Fanone, and Samuel Modlin*