# EXHIBIT 6

Maddox 1:10-cv-01137-(BAH)

474

1          UNITED STATES DISTRICT COURT

1          FOR THE DISTRICT OF COLUMBIA

2

3    MICHAEL A. MADDOX          :

4                    Plaintiff :

5        vs.                    :   Case No.

6    DISTRICT OF COLUMBIA,      :   10-cv-01137 (BAH)

7    et al.                     :

8                    Defendants:

9                        Washington, D.C.

10                       Friday, October 4, 2013

11   Continued Deposition of:

12             DISTRICT OF COLUMBIA

12          Designated Representative

13         COMMANDER KEITH L. WILLIAMS

14   called for oral examination by counsel for

15   Plaintiff, pursuant to notice, at the Office

16   of Attorney General, 441 4th Street, N.W., 6th

17   Floor South, Washington, D.C. 20001, before

18   Renee A Feder, CSR, a Notary Public in and for

19   the District of Columbia, beginning at 9:13

20   a.m., when were present on behalf of the

21   respective parties:

22

475

```
 1   On behalf of the Plaintiff:

 2        BY:   JEANETT P. HENRY, ESQ.

 3              8701 Georgia Avenue

 4              Suite 403

 5              Silver Spring, Maryland 20910

 6              (301)562-1340

 7

 8   On behalf of the Defendants:

 9        BY:   THOMAS L. KOGER, ESQ.

10              Assistant Attorney General

11              Office of Attorney General

12              441 4th Street, N.W.

13              6th Floor South

14              Washington, D.C. 20001

15              202-724-6610

16                        + + +

17

18

19

20

21

22
```

476

1                      C O N T E N T S

2   WITNESS:   COMMANDER KEITH L. WILLIAMS

3   EXAMINATION BY:                    PAGE:

4    MS. HENRY                          477

5                 E X H I B I T S

6   DEPOSITION NO.        MARKED FOR IDENTIFICATION

7       42   Course title listing of special

8            training, 9/13                  485

9       43   Field Training Officer Program

10           Excerpt, March 2012             491

11      44   Cross-Cultural Communication for   502

12           Law enforcement, Chapter 4, slide

13           presentation

14      45   Diversity Awareness Training       502

15           excerpt slide presentation

16                    *    **    *

17

18

19

20

21

22

481

1   learning techniques.  And I was able to obtain

2   some documents that we use.

3          Q.     And what documents did you obtain?

4          A.     The first one is something that is

5   used for laws of arrest, search and seizure.

6   It is one of our training lessons.  It is

7   fairly voluminous.  But it also speaks

8   directly, not only to the process of arrests,

9   searches and seizures, but also stops,

10  contacts and frisks, which I think is the

11  point of what we have here now.  And it

12  provides some information of how the agency

13  prepares its recruits and its in-service

14  training.  And in this case the audience is

15  the recruits.

16         Q.     Just following up on that

17  particular document you are referring to, I

18  will show you Deposition Exhibit Number 28,

19  and I want you to take a look at it and tell

20  me if this is, well, a portion of the document

21  you just referred to.

22         A.     I could do a weight measure and

482

1    tell you.  The cover sheet looks to be the

2    same.  It looks to be the same type of --

3    well, it looks like it is missing, missing

4    Page 2 specifically.  I can go through each

5    page.

6           Q.     No, I am just asking you to --

7           A.     They look reasonably to be the

8    same --

9           Q.     Portion, is it a portion of what

10   you are looking at?

11          A.     Yes, everything looks to be the

12   same.

13          Q.     Just to confirm, Deposition

14   Exhibit 28, which is a portion of the

15   curriculum on Laws of Arrests, Search and

16   Seizure, with the audience being the recruit.

17   Correct?

18          A.     Correct.

19                 And that would speak to basic

20   training in 5A of what we provide.

21          Q.     Are you saying this, this

22   curriculum, was developed in response to

1    recommendations from the Lamberth Report?

2         A.    I don't -- I can't speak to that

3    was directly responsive to that, because these

4    are ongoing things with curriculum

5    development, as you may well know.  As things

6    move through and change comes about, we add

7    those things.  I don't have any historical

8    documents to say, oh, in 2005, it looked like

9    this, in 2006 it looked like this, and in 2012

10   it looked like this.

11              But this speaks to -- and I know

12   it specifically references, and I don't know

13   if yours does -- let me look real quick.  I

14   mean they go into the stops and contacts and

15   frisks and give good information about what to

16   do.  And at one point in the version I looked

17   at -- there it is.  On Page 19, it talks about

18   members complying with General Order 304.1,

19   which is the Police Citizen Contacts, Stops

20   and Frisks, and General Order -- it says

21   305.15, that is incorrect, it is 304.15.  And

22   let me see if my version -- and 304.15 is the

484

1   Unbiased Policing General Order.  And because

2   of the way the Police Department works,

3   general orders are our guiding principles.

4   And those are the things we use to emphasize

5   how we expect people to behave.  Then we train

6   to those.  So while we may not have gone into

7   an in-depth discussion just on bias policing

8   and or an in-depth discussion on racial

9   profiling, by virtue of having the officers or

10  recruit officers focus their attention in the

11  context of how they are supposed to act and

12  reference the general orders, that would be

13  speaking to this point of the basic training.

14      Q.    And General Order 304.15, that was

15  developed --

16      A.    That was developed in 2002 I think

17  was the first version, and then it was

18  reissued in a separate version in 2007, I

19  believe.

20      Q.    What other document, if any, did

21  you review in preparation for today?

22      A.    There is a listings that I had,

# EXHIBIT 8

Maddox 1:10-cv-01137-(BAH)