UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

MICHAEL MADDOX,

        Plaintiff,        C.A. No. 10-01137(BAH)

v.

DISTRICT OF COLUMBIA, et al.,

        Defendants.

---

**OFFER OF JUDGMENT**

On this 20th day of February, 2014, the District of Columbia, pursuant to Rule 68 of the Federal Rules of Civil Procedure, hereby offers to allow plaintiff Michael Maddox ("Plaintiff") to take a judgment against it in this action, upon the following terms (the "Offer"):

1.    The District of Columbia will pay Plaintiff the amount of $175,000.00 (the "Offer Amount"). This Offer Amount includes all reasonable costs and reasonable attorneys' fees incurred to date that are specifically attributable to Plaintiff's claims in the above-captioned action pursuant to 42 U.S.C. § 1988. No fees or costs incurred after the date of this Offer, including any attorneys' fees or costs incurred in connection with any petition filed with the Court pursuant to 42 U.S.C. § 1988, shall be recoverable under this Offer.

2.    Acceptance of this Offer by Plaintiff shall be in resolution and full satisfaction of all claims or rights that Plaintiff may have to damages, or any other form of relief, arising out of any alleged acts or omissions of Michael Fanone and Samuel Modlin (collectively, "the Officers") and/or the District of Columbia, that have been, could have been, or could be brought at any time in the future by Plaintiff under any theory of liability arising out of the facts or

circumstances that are the subject of this action against the District of Columbia and the Officers, expressly and specifically including, but not limited to, claims for punitive damages and other compensatory claims, and reasonable attorneys' fees and costs incurred in prosecuting this action against the District of Columbia and the Officers, and any current or former District of Columbia officials, officers, employees, and/or agents, through the date of this Offer. Further, by accepting this Offer, Plaintiff agrees to hold the District of Columbia and the Officers, and any and all current or former District of Columbia officials, officers, employees, and/or agents, harmless from any claims that have been, could have been, or could be brought against them under any theory of liability by any other persons or entities in this matter.

3. Acceptance of this Offer shall constitute a stipulation that the District of Columbia shall be substituted as the sole Defendant and that pursuant to Fed. R. Civ. P. 41, the lawsuit shall be dismissed as to the Officers.

4. Defendants deny culpability and/or liability for any claim asserted by Plaintiff in this matter. Entry of judgment based upon this Offer shall have no collateral estoppel or *res judicata* effect whatsoever with respect to the District of Columbia or the Officers, or otherwise preclude any or all Defendants in this action from asserting any defense in this or any other action against them in the future.

5. Acceptance of this Offer shall, by operation of the resultant Judgment, immediately withdraw any motion or other matter by Plaintiff pending against any and all Defendants in this action, *nunc pro tunc*, to the date of the filing of said motion or motions.

6. Any amount that is payable pursuant to this Offer shall be paid only from the funds of the District of Columbia and may not be collected from any other defendant in this action or from any other person or entity.

7.  This Offer may be accepted only by the filing of a copy of this Offer reflecting the signature of Plaintiff on the signature line below, with the date upon which he affixed his signature to this Offer. This Offer will remain open for the time permitted by Rule 68 of the Federal Rules of Civil Procedure. Plaintiff and his attorney further agree to promptly complete and execute releases and such other concluding paperwork commonly required in settlements with the District of Columbia in order to facilitate payment under this Offer.

IRVIN B. NATHAN
Attorney General for the District of Columbia

ELLEN A. EFROS
Deputy Attorney General Public Interest Division

/s/ Grace Graham
GRACE GRAHAM [472878]
Section Chief, Equity
441 Fourth Street, NW
Sixth Floor South
Washington, DC 20001
202-442-9784 (o)

/s/ William F. Causey
WILLIAM F. CAUSEY [Bar No. 260661]
Assistant Attorney General
441 Fourth Street, NW, 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6610
William.causey@dc.gov

*Counsel for the Defendants*

ACCEPTED BY:

_____ on ___March 6___, 2014
Michael Maddox

WITNESSED BY:

_____ on ___March 6___, 2014
Jeanett P. Henry, Esq.

3